IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SIMUELL MADDEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEROY GREEN, JR., et al., )<br>)<br>Defendants. )<br>_____ | Case No. 06-3279-KHV-DJW |

## Order

On this 14th of September, 2007, the parties' Stipulation of Dismissal (Doc. #22) comes before the court. Based upon the parties' stipulation, this case is dismissed with prejudice as to all defendants, with each party to bear its own costs.

IT IS SO ORDERED.

S/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge